IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-317-D

| | |
|---|---|
| CUMBERLAND COUNTY HOSPITAL SYSTEM, INC. d/b/a CAPE FEAR VALLEY HEALTH SYSTEM, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER** |
| SYLVIA MATTHEWS BURWELL, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) ) |
| Defendant. | ) |

This case comes before the court on defendant's motion (D.E. 37) seeking to seal the administrative record in this case. The motion was not accompanied by a memorandum, as required under Local Civil Rules 7.1(d) and 79.2(a) (applying E.D.N.C. CM/ECF Policy Manual § T), E.D.N.C. The fact that the motion is unopposed does not moot the briefing requirement. The motion itself does not otherwise make clear the legal or specific factual basis for the relief sought, including why redaction of the administrative record would not be a sufficient alternative to sealing.

Defendant's motion is accordingly DENIED WITHOUT PREJUDICE. Any renewed motion shall be filed by 31 March 2016 and shall comply with the requirements of the Local Civil Rules, including those cited herein.

SO ORDERED, this 16th day of March 2016.

James E. Gates
United States Magistrate Judge